IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISABELLA LEAVINES, | ) |
|     Plaintiff, | ) |
| vs. | )    No. 2:24-cv-00932-PLD |
| OLLIE'S BARGAIN OUTLET, INC., | ) |
| LORENZO DUFFEY, | ) |
|     Defendants. | ) |

## REPORT OF NEUTRAL

A **Mediation** session was scheduled to be held in the above-captioned matter on **June 23, 2025** at **10:00 a.m.** The case (please check one):

   **X**   has resolved
   ___   has resolved in part (see below)
   ___   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ___ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain.

_____
_____
_____.

Dated: 06/23/2025                      Signature of Neutral: */s/ Sally G. Cimini*